**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CLARENCE RILEY,**

        **Plaintiff,**

-vs-                                         **Case No. 6:09-cv-646-Orl-28GJK**

**EPA AMY GOODBLATT, LAWSON
LAMAR, DAVID ALLEN FAULKNER,
JOHN G. WHITE, III, ROBERT D.
SPODEN, BARBARA LEIN, CHIEF NEIL
MAHAN, MICKEAL LEIN, CHRISTIAN J.
LEIN, DEPARTMENT OF CHILDREN,
DIRECTOR ROBERT MUELLER, III,
HEATHER LEIN, JEFF CONNERS,**

        **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit (Doc. No. 2) filed April 13, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice and the Complaint be dismissed without prejudice with leave to amend.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. The Court notes that although Plaintiff did not file any objections to the Report and Recommendation, he has filed an Amended Complaint (Doc. No. 8), a Second Amended Complaint (Doc. No. 9), and paid the filing fee. Federal Rule of Civil Procedure 15 (a) provides that (1) a party may amend its

pleading *once* as a matter of course (A) before being served with a responsive pleading; or (B) within 20 days after serving the pleading if a responsive pleading is not allowed and the action is not yet on the trial calendar. Federal Rules of Civil Procedure 15(a)(1)(B) is not applicable to this action as a responsive pleading is allowed to Plaintiff's Complaint. Plaintiff had the right to amend his Complaint *once* as he had not yet been served with a responsive pleading, even though this Court had not yet ruled on the pending Report and Recommendation. Fed. R. Civ. P 15 (a)(1)(A). Plaintiff's Second Amended Complaint (Doc. No. 9), however, was filed without leave of Court and is therefore **STRICKEN**. Fed. R. Civ. P. 15 (a)(2).

In reviewing Plaintiff's Amended Complaint (Doc. No. 8), it is apparent it suffers from the same problems and deficiencies as the original Complaint. While Plaintiff cites to the civil rights act of 1964, he fails to tie his allegations in short and plain statements to the grounds for this Court's jurisdiction. The Amended Complaint also still contains allegations that are baseless and thus frivolous.

Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 4, 2009 (Doc. No. 7) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Proceed without Prepayment of Fees (Doc. No. 2) is **DENIED**.

3. The Complaint (Doc. No. 1) is **DISMISSED.**

4. The Amended Complaint (Doc. No. 8) is **DISMISSED.**

5. Plaintiff is granted leave to file a Second Amended Complaint within fourteen (14) days from the date of this Order. The Second Amended Complaint must comply with

the Federal Rules of Civil Procedure, the Local Rules for the Middle District of Florida, the Administrative Procedures for Electronic Filing in Civil and Criminal Cases for the United States District Court for the Middle District of Florida, and the applicable substantive law. Failure to file the Second Amended Complaint within the time allowed, or that fails to comply with the applicable Rules and substantive law, will result in this case being dismissed.

DONE and ORDERED in Chambers, Orlando, Florida this 29th day of May, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party